ORIGINAL

FILED

10/13/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0557

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 19-0557

STATE OF MONTANA,

    Plaintiff and Appellee,

v.

RAYMOND CLARK SMITH, JR.,

    Defendant and Appellant.

FILED

OCT 13 2020

Bowen Greenwo
Clerk of Suprem
State of Mr

### ORDER

Counsel for the Appellant Raymond Clark Smith, Jr., filed a motion and brief asking to be allowed to withdraw from this appeal on grounds that counsel has been unable to find any nonfrivolous issues to raise on appeal, pursuant to § 46-8-103(2), MCA, and *Anders* v. *California,* 386 U.S. 738, 87 S. Ct. 1396 (1967). Smith was granted time to file a response, but no response was filed.

The Court has now independently examined the record pursuant to § 46-8-103(2), MCA, and *Anders.* We conclude there are no arguments with potential legal merit that could be raised in a direct appeal of Smith's conviction in this case.

Therefore,

IT IS ORDERED that this appeal is DISMISSED.

The Clerk is directed to provide copies of this Order to all counsel of record and to Smith personally.

DATED this 13 day of October, 2020.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices